# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

EDDIE RAY, JR.
*Plaintiff(s)*
v.
SCA of MO, LLC
*Defendant(s)*

Case Number: 3:22-cv-02304

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendant, SCA of MO, LLC

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __Pennsylvania__. The state and federal bar numbers issued to me are: 202133

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: December 6, 2022
Date

*Signature of Movant*

603 Stanwix Street, 6th Floor
Street Address

Stephen A. Antonelli
Printed Name

Pittsburgh, PA  15222
City, State, Zip