IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDDIE RAY, JR., on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SCA OF MO LLC,<br><br>    Defendant. | Case No. 22-CV-02304-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

   **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of January 9, 2023 (Doc. 22), this action is **DISMISSED with prejudice**.

   **DATED:   January 9, 2023**

                                          MONICA A. STUMP,
                                          Clerk of Court

                                          By:  s/ *Jackie Muckensturm*
                                                   Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
               STEPHEN P. McGLYNN
               U.S. District Judge